M. ENGELSEN and E. B. WALTHALL, *Plaintiffs in Error,* v. FIRST STATE BANK OF WINTER HAVEN, *Defendant in Error.*

Division B.

Decision filed November 13, 1928.

*Wilson & Boswell,* for Plaintiffs in Error;

No appearance for defendant in error.

PER CURIAM.—Defendant in error brought an action against plaintiffs in error to recover on a promissory note. There was a plea of want of consideration which was de-

murred to and the demurrer sustained. Final judgment
was entered and a writ of error taken to that judgment.

The plea of want of consideration was predicated on the
breach of an alleged executory contract in parol. We
have examined the record and do not think that such an
executory contract has been shown to exist, the breach of
which may be offered as a defense to an action on a promissory
note. Sumter County State Bank v. Hays, 68 Fla.
473, 67 So. R. 109.

· Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.